RUDEN, Superintendent of Banks, Appellant, v. DAVIS, Respondent.

(244 N. W. 267.)

(File No. 7441.   Opinion filed September 16, 1932.)

*Crawford & Crawford,* of Huron, for Appellant.
*James Byrnes,* of Huron, for Respondent.

PER CURIAM.   Certified copy of notice of appeal and notice of settlement of record were filed in this court on June 14, 1932.   Since that time no further steps have been taken in this court, and no brief has been filed in behalf of appellant.   The appeal is therefore deemed abandoned, and the order appealed from is affirmed.

All the Judges concur.